**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

AUSTIN BRODE HOWARD,             Case No.: 22-11866-LMI
                                                      Chapter 7

    Debtor.

_____/

**RE-NOTICE OF CONTINUED RULE 2004 EXAMINATION *DUCES TECUM*
OF DEBTOR AUSTIN BRODE HOWARD**

(*Date change*)

MARCIA T. DUNN, as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of AUSTIN BRODE HOWARD (the "Debtor"), by and through her undersigned counsel, pursuant to Fed.R.Bankr.P. 2004 and Local Rule 2004-1, will continue the examination of the following examinee (the "Examinee"):

| **Examinee** | **Date/Time** | **Location** |
|---|---|---|
| **Austin Brode Howard** | July 7, 2022 at 10:00 a.m. (Eastern) | c/o Dunn Law, P.A.<br>66 West Flagler St., Suite 400<br>Miami, Florida 33130<br>**Via Zoom** |

The examination was coordinated with Debtor's counsel and is being conducted pursuant to Fed.R.Bankr.P. 2004 and Local Rule 2004-1. The scope of the examination shall be as described in Fed.R.Bankr.P. 2004. Pursuant to Local Rule 2004-1, no order or subpoena shall be necessary, and to the extent that a request for production of documents under this rule may be construed as a request under Bankruptcy Rule 7034, the time to respond is shortened to fourteen (14) days.

**This is a remote deposition**; please do not come to our offices. The examination will be taken stenographically, via Zoom Video Conferencing or other approved electronic/remote platform. Examinee's counsel will be provided with a Zoom link in advance of the deposition.

The examination may continue from day to day until completed. If the Examinee receives this notice less than fourteen (14) days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable date and time.

If the Examinee requires an interpreter, it is Examinee's responsibility to engage the employment of such interpreter to be present at the deposition.

The Examinee is further requested to electronically produce all pending documents described on the attached SCHEDULE "A" to undersigned counsel no later than **June 24, 2022**, to michael.dunn@dunnlawpa.com and rbasnueva@dunnlawpa.com. A Dropbox link has been provided to Examinee's counsel.

Respectfully submitted June 14, 2022.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on June 14, 2022, upon the Debtor:

**Austin Brode Howard**
18117 Biscayne Blvd., Unit 2031
Aventura, FL 33160

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on June 14, 2022, upon all registered users in this case.

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

By:  */s/ Michael P. Dunn*
     Michael P. Dunn, Esq.
     Florida Bar No. 100705

# EXHIBIT "A"

# **DEFINITIONS**

Unless the context of a specific request requires otherwise, the following definitions and instructions shall apply to these requests:

A. "Debtor", "Examinee", "You" and "Your" shall mean AUSTIN BRODE HOWARD.

B. "Petition Date" shall mean **March 8, 2022.**

C. "Case" or "instant cause" means the instant bankruptcy case, styled *In re: Austin Brode Howard d/b/a The Motorcar Collection, LLC, d/b/a Optionguard LLC, d/b/a Collection Miami, LLC, d/b/a The Motorcar Collection Miami Corp., d/b/a The Motorcar Collection Corp.* (Case No.: 22-11866-LMI), pending in the United States Bankruptcy Court, Southern District of Florida, Miami Division.

D. "Bank accounts" shall mean any checking, savings, certificates of deposit and other deposit accounts held by a financial institution, bank or credit union.

E. "Creditor" shall mean any person or entity to whom the Debtor owes money or is due performance of any other contractual obligation.

F. "Communication" or "Communications" includes every manner of transmitting or receiving facts, information, opinions or thoughts (including, but not limited to: visually; orally; in writing; by digital, analog, electronic, magnetic, telephonic, or other mechanical means; or otherwise), including, without limitation, oral conversations, telephone calls, written correspondence, memoranda or notes, meetings document transmittals, facsimiles, emails or any other method by which information is transmitted.

G. "Concerning", "concern," or any other derivative thereof, as used herein shall be construed as referring to, responding to, relating to (as defined herein), pertaining to, connected with, comprising, memorializing, commenting on, regarding, discussing, showing, describing, reflecting, analyzing or constituting.

H. "Contract" or "contracts" shall mean (a) an agreement, oral or written, between two or more Persons which creates an obligation to do or not to do a particular thing, and (b) any document which serves as proof of the obligation, including, without limitation, any subcontract, insurance policy or other formal agreement, including exhibits, attachments, amendments (whether with or without effect), modifications (whether with or without effect), and addenda.

I. "Coronavirus (COVID-19) Relief" shall mean the Payroll Protection Program known as PPP, Economic Injury Disaster Loans known as EIDL, the Families First Coronavirus Response Act known as FFCRA, U.S. Small Business Administration (known as the SBA) loans, and The Coronavirus Aid, Relief, and Economic Security Act known as the CARES Act.

J. "Document", "documents", or "documentation" means the original or a copy of any tangible thing from or on which Information can be stored, recorded, processed, transmitted, inscribed,

or memorialized in any way by any means, regardless of technology or form an including, but not being limited to: accounting books or records; accounts; account statements; affidavits; agendas; agreements; analyses; applications; appointment books; appraisals; audio tapes; balance sheets; bordereaux; books; books or records of account; brochures; cables; calendars; catalogues; CD-ROMs; certificates; charts; circulars; compact discs; computer printouts; contracts; correspondence; data processing input and output; deeds; deposition transcripts; desk calendars; diaries; digital images; drafts; DVDs; DVD-ROMs; electrical recordings; electronically stored Information, e-mail communications; evaluations; Excel spreadsheets; experiments; faxes; facsimiles; films; financial statements; floppy disks; guides; guidelines; hard copies of electronic, electrical, magnetic or any other communications not made on paper; hard disk drives; hearing transcripts; income statements; instant messages; interoffice communications; journals; ledgers; letters; lists; logs; magazines; magazine articles; magnetic recordings, magnetic tapes; manuals; memoranda; microfilms; minutes; newspapers, newspaper articles; notations, notebooks; notes; objects; opinions; papers; photographs; policies; PowerPoint presentations; procedures; profit and loss statements, prospectuses; receipts; recordings; releases; reports; schedules; signature cards; sound recordings; spreadsheets; statements; statements of cash flow; statistical records; stock certificates; summaries of accounts; summaries; tables; tabulations; tangible things; telecommunications; telegrams; telefaxes; telex messages; tests; text messages; titles; transcripts; videos; videotapes; websites; work papers; and any other writings, be they typewritten, handwritten, printed, stored in or on any form of electronic or magnetic media, or otherwise, and other records, recordings or pictures of any kind or description. Each copy of a document which contains any separate notations or writings thereon shall be deemed to be a separate document for purposes of these requests. Any document identified will include any document, in draft or final form, either sent or received by You. This term also includes any documents now or ever in Your possession, custody or control, or available to You, Your attorneys, accountants, agents, representatives, employees, or associates, and specifically includes documents kept by individuals in their desks, at home, or elsewhere.

K.      "Documents" shall also mean all electronic data storage documents or electronically stored information ("ESI") including, but not limited to, e-mails and any related attachments, electronic files or other data compilations which relate to the categories of documents as requested below. Your search for these electronically stored documents shall include all of Your computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, proprietary software, and inactive or unused computer disc storage areas.

L.      "Information" shall be expansively construed and shall include, but not be limited to facts, data, opinions, images, impressions, concepts and formulae.

M.      "Person" means any natural person, firm, partnership, joint venture, corporation, or group of natural persons or such entities.

N.      "Relating to," "related" or "relating" means, directly or indirectly, refer to, mention, describe, pertain to, arise out of or in connection with or in any way legally, logically, or factually connected with the matter discussed.

O.      When referring to a person, the term "Identify" shall mean to give, to the extent known, the person's full name, present or last known address, present of last known telephone number, present or last known e-mail address, and when referring to a natural person, additionally, the present or last

4

known place of employment. Once a person has been identified in accordance with this paragraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

P.  When referring to a document, the term "Identify" shall mean to state the type of document as defined herein, the subject matter thereof, the date thereof, by whom it was written or prepared, by whom it was signed, to whom it was sent, the present location (name and address of place) thereof, and the present custodian of the original or copies thereof, so that the document is described in sufficient enough detail that it could be subject to a request for production of documents under the applicable rules of civil procedure. If any such document was, but no longer is, in Your possession or subject to Your control, state the disposition of the document.

Q.  When referring to a communication other than a document, the term "Identify" shall mean to describe the communication in such a manner that all the following Information is provided: (1) whether the communication took place in person, by telephone, via e-mail, or otherwise; (2) if by telephone, the identity of the person originating the call, the identity of the person receiving the call, the identity of all other persons participating in the communication, and the location of each of those persons at the time of the communication; and the identity of all other persons present within hearing of any party to the communication; (3) if by e-mail, the identity, including name and e-mail address, of the person originating the e-mail; the identity or identities, including name and e-mail address, of all recipients; both intended and unintended, and including persons to whom blind copies were sent, of the e-mail communication; the date and time of the communication; all replies to and forwards of the original communication; the subject of the e-mail communication; and the identity and physical location of the computer, network, or server from which the e-mail was sent; (4) in in Person, the identity of all persons present during the communication and the location of the communication; (5) the date and time of the communication; (6) to the best of Your recollection, what was said by each party to the communication; and (7) the identity of the custodian of any document that recorded, summarized, or concerned the communication.

R.  The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of this discovery all responses that might otherwise be construed to be outside of its scope.

S.  The words "any," "all" and "each" shall be construed as necessary to bring within the scope of this discovery request all responses that might otherwise be construed to be outside of its scope.

T.  The use of the singular form of any word includes the plural and vice versa.

U.  The use of the masculine form of any word includes the feminine form and the neuter form, and vice versa.

**INSTRUCTIONS**

With respect to this request for documents, the following instructions shall apply:

A.  This request for documents is continuing so as to require supplementary documents if additional information or documents hereafter are obtained or discovered which may augment or

otherwise modify the information that You provide and documents that You produce. Supplementary documents are to be served within five (5) days after receipt or discovery of such information or documents.

B. Examinee is hereby notified that its duty to respond to this document request includes the duty to furnish all information, documents and materials which are in Your possession or available to You, including all those which can be obtained from additional sources or in the possession of Your agents, representatives, employees, investigators, attorneys, or anyone acting on their behalf or on Your behalf, pursuant to Fed.R.Bankr.P. 7036. If You are unable to locate any requested information or document after exercising due diligence to secure the requested document, so state.

C. In the event that any document requested herein is not presently in Your possession or subject to Your control, please identify each person You have reason to believe had or has knowledge of its contents.

D. If any document is not produced under a claim of privilege, for each such document identify the nature of the privilege (including work product) that is being claimed, indicate the document request to which the document is responsive, and provide the following information, unless divulgence of such information would cause disclosure of the allegedly privileged information: (1) the type of document, including the number of pages, and attachments or appendices; (2) the general subject matter of the document; (3) the date of the document; (4) all persons to whom the document was distributed, shown or explained; and (5) such other information as is sufficient to identify the document for a subpoena *duces tecum*, including, where appropriate, the author of the document, the addressee of the document, and, where not apparent, the relationship of the author and the addressee to each other.

E. In the event that any document called for has been destroyed, discarded, or otherwise disposed of, identify the document by stating its: (a) author or preparer; (b) addressee(s); (c) indicated or blind copies; (d) date; (e) subject matter; (f) number of pages; (g) attachments or appendices; (h) all Persons to whom it was distributed to or shown; (i) date of destruction of other disposition; (j) manner of destruction or other disposition; (k) reason for destruction or other disposition; (l) Person destroying or disposing of the document; and (m) the document request or requests to which the document is responsive.

F. In producing documents requested herein, You shall produce documents in full, without abridgment, abbreviation, and expurgation of any sort.

G. To the extent this request seeks production of ESI residing elsewhere other than, or in addition to, on back-up copies, such information should be produced in its Native Format on hard drive or other digital storage media that does not otherwise detract from the original format of the files, or that by default may exclude or somehow later any metadata associated with said files. The information produced should include any original or existing full file path, file or fold structure, or other source referencing data, and be fully inclusive of all supporting and underlying data, the absence of which would render the information incomplete or unusable. For purposes of this Instruction, the term "Native Format" shall mean the format that the data was original created in. This should include, but not limited to, information about the software that the data was created in, stored in, or was used, or is used to read, write, alter, modify, or in any way change or manipulate the data.

H.  All archived data being produced in response to this Request should be provided with the means to view and export such data.  Paper documents that are not otherwise contained, stored, or recoverable by electronic means should be provided either in paper format, or via a scanned image in a .PDF or .TIFF format. Colored pages, photographs or other documents among such paper documents that would otherwise loose the color format should be scanned in.JPEG or other standard color format.

I.  All documents shall be produced as they are kept in the usual or ordinary course of business with any identifying labels, file markings or similar identifying features, and shall be organized and segregated in accordance with the numbered and lettered paragraphs and subparagraphs herein, pursuant to Fed.R.Civ.P. 45, made applicable in bankruptcy cases by Fed.R.Bankr.P. 9016.

J.  All requests herein refer to the period from **March 1, 2018,** to the date of production, unless otherwise specifically indicated, and shall include all documents and information that relate to such period, even though prepared, generated or published prior to or subsequent to that period.

K.  The Examinee is requested to **electronically** produce all documents described on the attached **Exhibit "A"** on or before **May 8, 2022**, to *michael.dunn@dunnlawpa.com* and *rbasnueva@dunnlawpa.com*.  A Dropbox link will be provided to Examinee's counsel.

## DOCUMENT REQUESTS

**A.  Real Property**

1. All documents that evidence, refer or relate to any real property owned or occupied by You, individually or jointly with another person or entity, or that You have an equitable interest in, anywhere in the world, from March 1, 2018, through the date of Your response, including but not limited to lease agreements and/or contracts for the real properties located at:

    a) **18117 Biscayne Blvd., Apt. 2031, Aventura, FL 33160**

    b) **375 South Hibiscus Dr., Miami Beach, FL 33139**

2. Complete copy of the closing file, including, without limitation, copies of any and all promissory notes, mortgages, HUD-1s, listing agreements, closing statements, settlement statements, addendums, deeds, mortgage or loan applications, and payment documents, for all real property in which You have or had an interest in for the four (4) years up to and including the Petition Date.

3. Copy of any homeowner's, renter's insurance policy(ies), or personal articles policy(ies) in the four (4) years up to and including the Petition Date.

4. Any and all documents that evidence, refer or relate to any insurance claims made in the four (4) years up to and including the Petition Date related to any real property including, but not limited to those properties listed in Request 1, *supra*, including dates of claims, amounts of claims, amounts paid by insurance, dates of payments, and use of funds.

5. All documents related to any proceeds You received from the sale, transfer, or other disposition of any real property in the four (4) up to and including the Petition Date.

6. Copy of any lease, rental agreement, purchase agreement, and/or sale agreement or contract with respect to any real property that You used, occupied, possessed, owned, rented, or controlled in the four (4) years up to and including the Petition Date.

7. Clear, color photographs of each and every room at Your scheduled residence, whether You claim an interest in the property or not, both of full room, wide-view and close-ups, interior and exterior, including garages, sheds and storage spaces, patios.

**B. Personal Property**

8. Clear, color photographs of all personal and/or business property, whether You claim an interest in the property or not, both full room, wide-view and close-ups of any jewelry, clothing, accessories, designer handbags, designer shoes, luggage, electronics (cellular phone, computer, tablet), and other valuables, and interiors of closets, cabinets, garages, sheds, storage and patios.

9. Any and all documents that evidence, refer or relate to household goods, furnishings, and fixtures that have been purchased by You from March 1, 2018, to present that had a purchase price of $500 or more.

10. Any and all documents that evidence, refer or relate to collectibles (e.g., artwork, antiques, paintings, books, memorabilia, prints, pictures, stamps, cards, art objects) clothing and accessories, or jewelry (e.g., watches, rings, heirlooms, gems, gold, silver and precious metals) that You now own or have owned from March 1, 2018, to present.

11. All documentation relating any motor vehicles, motorcycles, recreational vehicles, motorhomes, trailers, any vessels, watercraft, aircraft, trailers and/or related accessories that you owned, had access to and/or control of (whether owned by You or an entity that You are affiliated with, or held in trust by You) from March 1, 2018 including, without limitation, appraisals, valuations, certificates of title, registrations, proof of insurance, proof of purchase, lienholder and payoff information, co-owner information, co-registrant information, lease information, and to the extent applicable, proof of sale or transfer including consideration, full name and address of transferee, date of transfer, and relationship to You, from March 1, 2018, through present.

**C. Personal Financial**

12. Provide a complete copy of Your credit report as of the date of production.

13. Copies of all bank statements (monthly or periodic) and attendant account records (including, but not limited to, signature cards, ledger accounts, deposit slips, cancelled checks (front and back), check registers, check stubs, debit or credit advices or memos and wire transfers) for all bank accounts, both open and closed, personal or business, including virtual bank or merchant accounts, in any and all financial institutions, anywhere (foreign or domestic), from March 1, 2018, to present, that are in Your name or joint name, or where You are an authorized signer or are an interested party of any kind.

14. All payment records, documents, and transaction history for any electronic funds transfers including but not limited to Zelle, WhatsApp, Apple Pay, Cash App, Venmo and other money transfer applications or web tools.

15. Any and all documents relating to any cash withdrawals from any of Your bank accounts in the last two (2) years up to and including the Petition Date for $500 or more, and a description and supporting documents regarding the use of the withdrawn funds.

16. Full accounting of all cash advances taken from any credit card or line of credit within four (4) years of the Petition Date, including a description of what the money was used for.

17. Full accounting of all funds in any retirement account (whether individual or employer sponsored) from March 1, 2018, to present, including account statements, withdrawal authorizations, and a description of what withdrawn funds were used for.

18. Full accounting of all funds withdrawn from any insurance policies (whether individual or employer sponsored) within four (4) years of the Petition Date, including account statements, withdrawal authorizations, and a description of what the funds were used for.

19. Any and all documents or applications submitted to any bank, financial institution, or any other person or entity, by You or for any entity where You are an interested party of any kind, for any loan or advance, in any capacity (borrower, guarantor, or surety) from March 1, 2018, to present, including but not limited to all credit and/or loan applications, Coronavirus Relief applications, and any personal financial statements.

20. All documents that evidence, refer or relate to any interest in, or claimed title to, any financial instruments, accounts, or securities, including but not limited to: certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits, note receivables, pledges, security interests, stocks, bonds, mutual funds, debentures, retirement accounts, annuities, (whether individual or employer sponsored), stock options or profit sharing plans, or other investment, either owned by You or held for Your benefit.

21. All documents that evidence, refer or relate to any account into which any of Your earnings or other income has been deposited from March 1, 2018, to present, whether You continue to have an interest in it or not.

22. All documents that evidence, refer or relate to You having authority to access any safe-deposit box or other bank-secured area, from March 1, 2018, to present.

23. Copies of all credit card and/or credit line statements (including business accounts) in excess of $5,000 listed on *Schedule E/F,* in addition to any other accounts on which you are an authorized signor, including any receipts (if applicable), reflecting all purchases and/or transactions made from March 1, 2018, to present.

24. Complete signed copies of all local, state and federal tax returns for the years 2017, 2018, 2019, 2020 and/or 2021 including all supporting forms, schedules and documentation, such as Forms K-1, W-2, 1099 and 1098, and W-4 tax withholding forms, filed by You including any amendments.

25. All documentation relating to any outstanding government, federal, state, and/or municipal) tax obligations, including without limitation, copies of tax liens, that You or any corporation in which You are listed as an officer, as of the Petition Date.

26. Any and all documents that evidence, refer or relate to a cash value in any life insurance policy held by You or for which You are a beneficiary, and copies of all policies, whether term, whole life, or universal.

27. Complete copies of all financing statements, factoring agreements, financing agreements, franchise agreements, consulting agreements, distribution agreements, employment agreements, partnership agreements, licenses, copyright and trademark, intellectual property, website detail, fictitious name information, non-proprietary manufacturing agreements, assignments, pledges, and financial statements, for You from March 1, 2018, to present, including but not limited to those with:

**D. Business Interests**

28. All documents that evidence, refer or relate to Your ownership interest in any business entity in the world, including, without limitation, a corporation, limited liability company, partnership, a limited partnership, a limited liability partnership, a limited liability limited partnership, a professional association and a professional corporation, from March 1, 2018, to present, including, but not limited to:

    a) **The Motorcar Collection, LLC (EIN 27-1749440)**
    b) **Optionguard, LLC**
    c) **Collection Miami, LLC**
    d) **The Motorcar Collection Miami Corp. (EIN 85-0569597)**
    e) **The Motorcar Collection Corp.**
    f) **Howard Holdings, LLC**
    g) **River Run Unlimited**

29. All corporate documents without limitation, any revised or amended versions, from March 1, 2018, to present, including but not limited to articles of incorporation, bylaws, shareholder agreements, member agreements, meeting minutes, and corporate resolutions, stock certificates, membership certificates, and actions by consent of shareholders, members, and/or managers, for any entity in which You have or had an ownership, equitable, beneficial or other interest, including any business interest identified in request 28, *supra*.

30. Provide a USB flash-drive, portable drive, disc, or hard copies of all of the private/direct messages sent via Facebook, WhatsApp, Instagram, or any other social media platform, that relates to the business dealings/transactions of any of the entities listed in request 28, *supra*, or any other business entity in the world in which You have or had an ownership, equitable, beneficial or other interest in from March 1, 2018, to present.

31. Provide a USB flash-drive, portable drive, disc, or hard copies of all of communications in any format on or any platform that relate to the business dealings/transactions of any of the entities listed in request 28, *supra*, or any other business entity in the world in which You have or had an ownership, equitable, beneficial or other interest in from March 1, 2018, to present.

32. Provide a USB flash-drive, portable drive, or disc containing the accounting data including the name of the software used and the passwords required to access the data, from March 1, 2018, to present, for any entity in the world in which You have or had an ownership, equitable, beneficial or other interest in, including any business interest identified in request 28, *supra*.

33. Signed copies of all local, state and federal tax returns for the years 2017, 2018, 2019, 2020 and/or 2021 including all supporting forms, schedules and documentation, such as K-1s, W-2s, 1099 and 1098 forms, W-4 tax withholding forms, and amendments, filed by or for any entity in which You have or had an ownership, equitable, beneficial or other interest in, including any business interest identified in request 28, *supra*.

34. Copies of all corporate financial documents (including, but not limited to, payroll records, signed payroll tax returns, profit and loss statements, general ledgers, accounts receivable, inventory, accounts payable), from March 1, 2018, to present, for any entity in the world in which You have or had an ownership, equitable, beneficial or other interest in since July 1, 2017, including any business interest identified in request 28, *supra*.

35. Complete copies of all business records, from March 1, 2018 to present, including but not limited to, occupational licenses, business licenses (federal, state, county, city), patents, financing statements, factoring agreements, financing agreements, franchise agreements, consulting agreements, distribution agreements, employment agreements, partnership agreements, licenses, copyright and trademark, intellectual property, website detail, fictitious name information, non-proprietary manufacturing agreements, assignments, pledges, and financial statements, for any entity in which You have or had an ownership, equitable, beneficial or other interest in from March 1, 2018 to present, including any business interest identified in request 28, *supra*.

36. Copies of any and all statements (periodic or monthly) and all support for all deposits, withdraws and transfers (including, without limitation, ledger accounts, memoranda, signatory cards, checkbooks, canceled checks (front and back), wire transfers (incoming and outgoing), debit or credit advices or memos, deposit slips, withdraw slips and any other records) for all bank accounts (open or closed), including all virtual bank or merchant accounts (such as PayPal, Venmo, Cash App, Square), in any and all financial institutions, anywhere (foreign and domestic), from March 1, 2018, to present, where any entity in which You have or had an ownership, equitable, beneficial or other interest in since March 1, 2018, to present, was a joint name, authorized signer, exercised control, or otherwise had an interest, including any business interest identified in request 28, *supra*.

37. All documentation and information regarding any and all transfers of money, property, contributions, loans, investments, gifts, cash withdrawals, or payments over $1,000.00, made to any person and or any entity outside of the ordinary course of business (including, without limitation, any shareholders, principals, officers, directors, owners, employees, contractors or agents of the Debtor), from March 1, 2018, to present by any entity in which You have or had an ownership, equitable, beneficial or other interest in, including any business interest identified in request 28, *supra*.

38. Copies of any and all financial applications and supporting documents and statements prepared for any lender, creditor, or third party, from March 1, 2018, to present, for any entity in which You have or had an ownership, equitable, beneficial or other interest in, including any business interest identified in request 28, *supra*.

39. Copies of any and all Coronavirus Relief documents and applications between any lender, creditor, or third party, from March 2020 to the date of production, for any entity in which You have or had

an ownership, equitable, beneficial or other interest in, including any business interest identified in request 28, *supra*.

40. Copies of any and all documents and applications between You, individually or for any entity in which You have or had an ownership, equitable, beneficial or other interest in, regarding the Personal loan debts listed under Your *Schedule E/F*.

41. All documents related to any profit, equity or benefit sharing agreement or joint venture arrangement in which any entity in which You have or had an ownership, equitable, beneficial or other interest in since March 1, 2018, including any business interest identified in request 28, *supra*.

42. All documents, regarding joint business ventures, trusts, arrangements, and/or assets held by You or that You participated in with any individuals or entities within four (4) years immediately preceding the Petition Date.

E.  **General / Other**

43. Any and all documents that evidence, refer or relate to any gambling or gaming winnings from January 1, 2020, to the date of production.

44. Copies of all Your passports, including covers and interior pages, from March 1, 2018, to present.

45. Any and all documents that evidence, refer or relate to any insurance claim or claim of loss made by You or any entity You control from March 1, 2018, to the date of production.

46. Any and all documents that evidence, refer or relate to any lawsuit, court action, or administrative proceeding, including personal injury cases, small claims actions, collection suits, paternity actions, support or custody modifications, evictions, foreclosures, contract disputes, probate, and any other proceeding, from March 1, 2018, to the date of production.

47. All documentation and information regarding any and all transfers of money, contributions, investments, property, loans, gifts over $500.00 made by You to any person, party or entity, from March 1, 2018**,** to the date of production.

48. Any and all document that evidence, refer or relate to any storage facility or mini-warehouse, self-storage space or similar real property designed and used for the purpose of renting or leasing individual storage spaces for the purpose of storing and removing personal property to which You have access, including a detailed inventory of stored items, from March 1, 2018, to present.

49. All documentation regarding any and all wills, family trusts, interests in insurance policies, equitable or future interests, life estates, and rights or powers exercisable for the benefit of the Debtor or where You are named, including any trust in which You are a settlor, trustee, or beneficiary and any Will in which You are a beneficiary or personal representative.

50. Complete copies of all professional licenses held by You from March 1, 2018, through present.

* * *

**The Trustee reserves the right to request additional documents as the investigation continues, as the Examination proceeds, as additional issues are uncovered, and as clarifications are required.**